**SIGNED.**

Dated: March 8, 2012

*James M. Marlar, Chief Bankruptcy Judge*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br>TEXAS HILL ENTERPRISES, GP,<br>　　　　　　　　　　Debtor. | Chapter 11<br>No. 0:10-bk-11121-JMM<br>Adversary No. 0:11-ap-00153-JMM |
| 2M SALES, LLC,<br>　　　　　　　　　　Plaintiff,<br>v.<br>TRAVELERS INSURANCE CO.,<br>　　　　　　　　　　Defendant. | **ORDER** |

Consistent with the court's Memorandum Decision,

IT IS HEREBY ORDERED DENYING Travelers Indemnity Company of America's Application for Attorneys' Fees and Costs to Be Awarded Against 2M Sales, LLC (ECF No. 15).

DATED AND SIGNED ABOVE.

COPIES to be sent by the Bankruptcy Noticing Center ("BNC") to all parties to this adversary proceeding